UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MENTAL HEALTH SERVICES OF CRANSTON, JOHNSTON AND NORTHWESTERN RHODE ISLAND, INC. and GATEWAY HEALTHCARE, INC.

*Plaintiffs,*

v.

C.A. No. 04-054 ML

TOWN OF LINCOLN, ET AL.,

*Defendants.*

**DISMISSAL STIPULATION**

Based on the settlement between the plaintiffs and the defendant, Town of Lincoln, this matter is dismissed as to all parties with prejudice, each party to bear their own costs.

Plaintiffs,
By their attorneys,

E M Noonan

Elizabeth McDonough Noonan, Esq. (#4226)
Todd D. White, Esq.
ADLER, POLLOCK & SHEEHAN, PC
2300 Financial Plaza
Providence, RI 02903

Defendants,
By their attorneys,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Enter: Mary M. Lisi
USDJ 9/19/05